IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-141-D

| | |
|---|---|
| DWIGHT HUNTER, SR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security <br><br> Defendant. | REMAND ORDER |

This matter is before the Court on Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel indicated that he did not oppose Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

SO ORDERED this __18__ day of __January__, 2011.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE