# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| DWIGHT HUNTER, SR., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 4:10-CV-141-D** |
| *Commissioner of the Social* ) | |
| *Security Administration,* ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 18, 2011** WITH A COPY TO:

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)

Amy C. Rigney (via CM/ECF Notice of Electronic Filing)


January 18, 2011                                            DENNIS P. IAVARONE, Clerk
Date                                                         Eastern District of North Carolina

                                                                               /s/Debby Sawyer
                                                                               (By) Deputy Clerk

Raleigh, North Carolina