IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-141-D

| | | |
|---|---|---|
| DWIGHT HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay to Plaintiff the sum of $474.00 for attorney fees in full and final settlement of all claims arising from the above captioned case and due against the Social Security Administration pursuant to the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $474.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice. The check for the fees shall be made payable to

Plaintiff, Dwight Hunter, and shall be mailed to Plaintiff's counsel, Lawrence Wittenberg, at 100 East Parrish Street, Ste. 200, Durham, North Carolina 27701.

This  9  day of February, 2011.

James C. Dever III
United States District Judge

CONSENTED TO:

/s/Lawrence Wittenberg
LAWRENCE WITTENBERG
Attorney for Plaintiff
100 East Parrish Street, Ste. 200
Durham, North Carolina 27701
Telephone: (919) 683-2436
Fax: (919) 688-4378
State Bar No. 12800

/s/Amy C. Rigney
AMY C. RIGNEY
Special Assistant United States Attorney
Attorney for Defendant
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410) 965-6303
Fax: (410) 597-0137
Amy.Rigney@ssa.gov
Maryland Bar